# ✛AFFLICTION✛

June 30, 2011

**Via Facsimile (514) 385-5617 and Federal Express**

Dan C. Elituv
Multiprint Tex Manufacturing Ltd.
5555 Cypihot Street
Ville Saint-Laurent, Quebec H4S 1R3

    Re:    Distributorship Agreement

Dear Dan:

    I write in regard to the Exclusive Distributorship Agreement and the First Amendment to Exclusive Distributorship Agreement between Affliction Holdings, LLC ("Affliction") and your company, Multiprint Tex Manufacturing Ltd. ("Multiprint"), pursuant to which Multiprint obtained exclusive rights to distribute Affliction clothing in Canada.

    On May 14, 2009, Affliction and Multiprint entered into the Exclusive Distributorship Agreement ("Agreement"). On or about October 2009, Affliction and Multiprint began negotiations on certain terms which resulted in the execution of the First Amendment to Exclusive Distributorship Agreement ("Amendment").

    Section (ff) of the Amendment revised the yearly Minimum Purchase Requirements ("MPR") as follows:

    Initial Term

- For year 1 (9/1/09 – 12/31/2010)     $2,500,000
- For year 2 (2011)     $3,000,000
- For year 3 (2012)     $3,500,000

    Multiprint operated as the exclusive distributor for Affliction during the entire period of Year 1 (9/1/09 – 12/31/2010) and made a total purchase of products under the Agreement and Amendment of **$1,668,548**. This leaves a shortfall of **$831,452** from the required MPR.

    As a result of this shortfall and pursuant to Sections 3.1 *et seq.* Multiprint is in default of the terms of the Agreement and Amendment.

1799 Apollo Court • Seal Beach, CA 90740 • Ph 562.598.0299 • Fx 562.598.0298 • Sales Fx 562.598.0251 • www.afflictionclothing.com

Exhibit C 1 of 2

Dan Elituv
June 30, 2011
Page 2

      Pursuant to Section 18(b) of the Agreement, Affliction will terminate the Agreement and Amendment, unless, no later than 30 days from the date of this correspondence, Multiprint cures the default.

      In addition to the foregoing, Affliction reserves the right to assert any and all of its rights and remedies.

                Regards,

                AFFLICTION HOLDINGS LLC

                      /s/

                Mike Bassiri
                President