ANDREW B. GROSSMAN (SBN 211546)
andrew.grossman@wilmerhale.com
CHRISTOPHER T. CASAMASSIMA (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile:  (213) 443-5400

Attorneys for Plaintiff
MULTIPRINT TEX MANUFACTURING LTD.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MULTIPRINT TEX MANUFACTURING LTD.**, a Canadian Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>**AFFLICTION HOLDINGS, LLC**, a California Limited Liability Company<br><br>Defendant. | Case No. SACV12-2037 CJC (ANx)<br><br>**MULTIPRINT TEX MANUFACTURING LTD.'S ANSWER TO AFFLICTION HOLDINGS, LLC'S COUNTERCLAIM**<br><br>Demand For Jury Trial |

Multiprint Tex Manufacturing, Ltd. ("Multiprint") hereby responds to each numbered paragraph of Affliction Holdings, LLC ("Affliction") Counterclaims as follows:

**THE NATURE OF THE ACTION AND BACKGROUND**

1. Paragraph 1 purports to incorporate and reference prior paragraphs in Affliction's counterclaim.  Because those prior paragraphs were themselves admissions and/or denials of allegations in Multiprint's Complaint, Multiprint

---

MULTIPRINT ANSWER TO COUNTERCLAIM        Case No. SACV12-2037 CJC (ANz)
ActiveUS 104612396v.3

1 avers that no response is required to this paragraph. To the extent a response is
2 required, however, Multiprint denies Paragraph 1.

### THE PARTIES

4  2. Multiprint admits the allegations set forth in paragraph 2 of the Counterclaim.

6  3. Multiprint admits the allegations set forth in paragraph 3 of the Counterclaim.

### FACTUAL BACKGROUND

9  4. Multiprint admits the allegations set forth in paragraph 4.

10  5. To the extent that paragraph 5 purports to state the terms of the Exclusive Distribution Agreement ("Agreement"), the Agreement speaks for itself. Multiprint otherwise denies the allegations set forth in paragraph 5 of the Counterclaim.

14  6. To the extent that paragraph 6 purports to state the terms of the Amendment to the Agreement, the Amendment to the Agreement speaks for itself. Multiprint otherwise denies the allegations set forth in paragraph 6 of the Counterclaim.

18  7. Multiprint denies the allegations set forth in paragraph 7 of the Counterclaim.

20  8. Multiprint denies the allegations set forth in paragraph 8 of the Counterclaim.

### JURISDICTION AND VENUE

23  9. Multiprint admits the allegation set forth in paragraph 9.

24  10. Multiprint admits the allegations set forth in paragraph 10.

### FIRST COUNTERCLAIM

26  11. Multiprint hereby incorporates and re-alleges all the responses in paragraphs 1 through 10 above, as though fully set forth herein.

28  12. Multiprint denies the allegations set forth in paragraph 12.

MULTIPRINT ANSWER TO COUNTERCLAIM    Case No. SACV12-2037 CJC (ANz)
ActiveUS 104612396v.3

13. Multiprint denies the allegations set forth in paragraph 13.

14. Multiprint denies the allegations set forth in paragraph 14.

## MULTIPRINT'S DEFENSES TO AFFLICTION'S COUNTERCLAIMS

Multiprint asserts the following defenses to Affliction's Counterclaims:

### First Defense

(Failure to State a Claim)

1. The Counterclaim fails to state a claim upon which relief may be granted.

### Second Defense

(Estoppel)

2. The Counterclaim is barred by the doctrine of estoppel.

### Third Defense

(Unclean Hands)

3. The Counterclaim is barred by the doctrine of unclean hands.

### Fourth Defense

(Beach of Covenant of Good Faith and Fair Dealing)

4. The Counterclaim is barred because Affliction breached the covenant of good faith and fair dealing implicit in all contracts.

### Fifth Defense

(Laches)

5. The Counterclaim is barred by the doctrine of Laches.

### Sixth Defense

(Failure to Satisfy a Condition Precedent)

6. The Counterclaim is barred because Affliction failed to satisfy a condition precedent to Multiprint's alleged obligation under the Agreement.

### Seventh Defense

(Mitigation of Damages)

7. Affliction's claim for damages are barred because Affliction has failed to mitigate its damages.

## PRAYER FOR RELIEF

Multiprint denies that Affliction is entitled to recover any damages, costs, awards of attorneys' fees, or any other relief. Multiprint therefore requests that Affliction's Counterclaim be dismissed in its entirety, with prejudice, and that Affliction take nothing as a result of its Counterclaim, and that Multiprint be awarded its costs, attorneys' fees, and any other relief the Court deems just and proper.

Dated: January 10, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Andrew B. Grossman

Andrew B. Grossman
Christopher T. Casamassima

*Attorneys for Plaintiff*
MULTIPRINT TEX MANUFACTURING LTD.