UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MULTIPRINT TEX MANUFACTURING LTD.**, a Canadian limited company,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>**AFFLICTION HOLDINGS, LLC,** a California limited liability company,<br><br>　　　　　Defendant. | Case No.:  SACV12-2037 CJC (ANx)<br><br>**ORDER TO SEAL AFFLICTION HOLDINGS, LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT BY MULTIPRINT TEX MANUFACTURING LTD.** |

　　The APPLICATION TO SEAL AFFLICTION HOLDINGS LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT BY MULTIPRINT TEX MANUFACTURING LTD. having come before this court and good cause appearing therefore:

　　IT IS HEREBY ORDERED:

　　That AFFLICTION HOLDINGS LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT BY MULTIPRINT TEX MANUFACTURING LTD. be sealed.

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE