UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 12-02037-CJC(ANx) | Date | February 20, 2013 |
|---|---|---|---|
| Title | Multiprint Tex Manufacturing Ltd. v. Affliction Holdings, LLC | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DENYING APPLICATION TO SEAL AFFLICTION HOLDINGS, LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT BY MULTIPRINT TEX MANUFACTURING, LTD. (fld 2/11/13)

     Defendant's application to seal answer and counterclaims to complaint is hereby DENIED due to insufficient showing to justify sealing the Answer and Counterclaims in their entirety.

                                                                                               : 0

Initials of Preparer   mu