1  ANDREW B. GROSSMAN (SBN 211546)
      andrew.grossman@wilmerhale.com
2  CHRISTOPHER T. CASAMASSIMA (SBN 211280)
      chris.casamassima@wilmerhale.com
3  KATIE MORAN (SBN 272041)
      katie.moran@wilmerhale.com
4  WILMER CUTLER PICKERING HALE AND DORR LLP
5  350 South Grand Avenue, Suite 2100
   Los Angeles, California 90071
6  Telephone: (213) 443-5300
7  Facsimile:  (213) 443-5400

8  Attorneys for Plaintiff
   MULTIPRINT TEX MANUFACTURING LTD.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MULTIPRINT TEX MANUFACTURING LTD.**, a Canadian Limited Company<br><br>Plaintiff,<br><br>vs.<br><br>**AFFLICTION HOLDINGS, LLC**, a California Limited Liability Company<br><br>Defendant. | Case No. SACV12-2037 CJC (ANx)<br><br>**NOTICE OF ERRATA RE JOINT REPORT OF CONFERENCE OF PARTIES UNDER RULE 26(f)**<br><br>Judge: Cormac J. Carney<br><br>Trial Date: None set |

PLEASE TAKE NOTICE that the Joint Report of Conference of Parties Under Rule 26(f) [Docket no. 13] was mistakenly designated as being filed by Defendant Affliction Holdings, LLC. It is a joint submission filed by Plaintiff Multiprint Tex Manufacturing Ltd.

DATED: March 12, 2013            Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Andrew B. Grossman
　　Andrew B. Grossman
　　Christopher T. Casamassima
　　Katie Moran

*Attorneys for Plaintiff*
Multiprint Tex Manufacturing Ltd.

DATED:  March 12, 2013           WEEKS, KAUFMAN, NELSON & JOHNSON

By: /s/ Jan Kaufman
　　Jan Kaufman

*Attorneys for Defendant*
Affliction Holdings LLC.