1  ANDREW B. GROSSMAN (SBN 211546)
      andrew.grossman@wilmerhale.com
2  CHRISTOPHER T. CASAMASSIMA (SBN 211280)
      chris.casamassima@wilmerhale.com
3  KATIE MORAN (SBN 272041)
4     katie.moran@wilmerhale.com
   WILMER CUTLER PICKERING HALE AND DORR LLP
5  350 South Grand Avenue, Suite 2100
   Los Angeles, California 90071
6  Telephone: (213) 443-5300
7  Facsimile:  (213) 443-5400

8  Attorneys for Plaintiff
   MULTIPRINT TEX MANUFACTURING LTD.
9

10            **UNITED STATES DISTRICT COURT**

11          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| **MULTIPRINT TEX MANUFACTURING LTD.**, a Canadian Limited Company<br><br>Plaintiff,<br><br>vs.<br><br>**AFFLICTION HOLDINGS, LLC**, a California Limited Liability Company<br><br>Defendant. | Case No. SACV12-2037 CJC (ANx)<br><br>**NOTICE OF LODGING OF PROPOSED JOINT STIPULATED PROTECTIVE ORDER**<br><br>Judge:  Cormac J. Carney<br><br>Trial Date:  None set |

Notice of Lodging Proposed Protective Order
Case No. SACV12-2037 CJC (ANz)

ActiveUS 107289501v.1

1  PLEASE TAKE NOTICE:

2     Plaintiff Multiprint Tex Manufacturing , LTD. herby lodges the following

3  document:

4        1.   [PROPOSED] Joint Stipulated Protective Order

6  DATED: March 18, 2013        Respectfully submitted,

                                WILMER CUTLER PICKERING HALE AND
                                DORR LLP

                                By: /s/ Andrew B. Grossman
                                    Andrew B. Grossman
                                    Christopher T. Casamassima
                                    Katie Moran

                                *Attorneys for Plaintiff*
                                Multiprint Tex Manufacturing Ltd.

-1-

Notice of Lodging Proposed Protective Order
Case No. SACV12-2037 CJC (ANz)

ActiveUS 107289501v.1