ANDREW B. GROSSMAN (SBN 211546)
andrew.grossman@wilmerhale.com
CHRISTOPHER T. CASAMASSIMA (SBN 211280)
chris.casamassima@wilmerhale.com
KATIE MORAN (SBN 272041)
katie.moran@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile:  (213) 443-5400

Attorneys for Plaintiff
MULTIPRINT TEX MANUFACTURING LTD.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MULTIPRINT TEX MANUFACTURING LTD.**, a Canadian Limited Company,<br><br>Plaintiff,<br><br>vs.<br><br>**AFFLICTION HOLDINGS, LLC**, a California Limited Liability Company<br><br>Defendant. | Case No. SACV12-2037 CJC (ANx)<br><br>**NOTICE OF LODGING OF PROPOSED JOINT STIPULATED CONFIDENTIALITY ORDER**<br><br>Judge:  Cormac J. Carney<br><br>Trial Date:  None set |

1  PLEASE TAKE NOTICE:

2      Plaintiff Multiprint Tex Manufacturing , LTD. herby lodges the following

3  document:

4      1.   [PROPOSED] Joint Stipulated Confidentiality Order

6  DATED: March 28, 2013          Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Andrew B. Grossman
    Andrew B. Grossman
    Christopher T. Casamassima
    Katie Moran

*Attorneys for Plaintiff*
Multiprint Tex Manufacturing Ltd.

-1-
Notice of Lodging Proposed Protective Order
Case No. SACV12-2037 CJC (ANz)

ActiveUS 107289501v.2