AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

CENTRAL District of CALIFORNIA

MULTIPRINT TEX MANUFACTURING LTD
                   Plaintiff (s),
V.
AFFLICTION HOLDINGS, LLC
                   Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV12-2037 CJC (ANx)

Notice is hereby given that, subject to approval by the court, __Affliction Holdings, LLC__ substitutes
(Party (s) Name)

__Jeffrey Spitz, Esq.__, State Bar No. __119343__ as counsel of record in
(Name of New Attorney)

place of __Janet Robertson Kaufman, Esq., Weeks, Kaufman, Nelson & Johnson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Lerman Pointer & Spitz LLP
    Address: 12100 Wilshire Blvd., Stte. 600, Los Angeles, CA 90025
    Telephone: (310) 229-9800     Facsimile (310) 229-9804
    E-Mail (Optional): JSpitz@lpslawfirm.com

I consent to the above substitution.
Date: October 23, 2013

Courtney Dubar, CEO
(Signature of Party (s))

I consent to being substituted.
Date: October 23, 2013

Janet Robertson Kaufman, Esq.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: October 24, 2013

Jeffrey Spitz, Esq.
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]