Name and address:
Jeffrey Spitz, SBN 119343
LERMAN POINTER & SPITZ, LLP
12100 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025
Ph:  (310) 229-9800
Fax: (310) 229-9804

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIPRINT TEX MANUFACTURING LTD<br><br>Plaintiff(s)<br><br>v.<br><br>AFFLICTION HOLDINGS, LLC<br><br>Defendant(s). | CASE NUMBER<br><br>CV12-2037 CJC (ANx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Affliction Holdings, LLC__     ☐ Plaintiff   ☑ Defendant   ☐ Other _____
            *Name of Party*

to substitute __Jeffrey Spitz, Lerman Pointer & Spitz LLP__                                   who is

   ☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__12100 Wilshire Blvd., Ste. 600__
                                       *Street Address*

__Los Angeles, CA 90025__                      __JSpitz@lpslawfirm.com__
     *City, State, Zip*                                                *E-Mail Address*

__(310) 229-9800__           __(310) 229-9804__            __119343__
   *Telephone Number*              *Fax Number*                *State Bar Number*

as attorney of record instead of __Janet Robertson Kaufman, Weeks, Kaufman, Nelson & Johnson__
                                                      *Present Attorney*
**is hereby**    ☐ GRANTED    ☐ DENIED

Dated _____

                                         _____
                                         U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (06/13)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY