AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MULTIPRINT TEX MANUFACTURING LTD.<br>*Plaintiff*<br>v.<br>AFFLICTION HOLDINGS, LLC<br>*Defendant* | Case No.   CV-12-02037 CJC (ANx) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AFFLICTION HOLDINGS, LLC

Date:     11/08/2013

/s/ Jeffrey Spitz
*Attorney's signature*

Jeffrey Spitz, SBN 119343
*Printed name and bar number*

LERMAN POINTER & SPITZ LLP
12100 Wilshire Blvd., Ste. 600
Los Angeles, CA  90025
*Address*

jspitz@lpslawfirm.com
*E-mail address*

(310) 229-9800
*Telephone number*

(310) 229-9804
*FAX number*