1  ANDREW B. GROSSMAN (SBN 211546)
      andrew.grossman@wilmerhale.com
2  CHRISTOPHER T. CASAMASSIMA (SBN 211280)
      chris.casamassima@wilmerhale.com
3  KATIE MORAN (SBN 272041)
      katie.moran@wilmerhale.com
4  WILMER CUTLER PICKERING HALE AND DORR LLP
5  350 South Grand Avenue, Suite 2100
   Los Angeles, California 90071
6  Telephone: (213) 443-5300
7  Facsimile:  (213) 443-5400

8  Attorneys for Plaintiff
   MULTIPRINT TEX MANUFACTURING LTD.
9

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MULTIPRINT TEX MANUFACTURING LTD.**, a Canadian Limited Company<br><br>Plaintiff,<br><br>vs.<br><br>**AFFLICTION HOLDINGS LLC**, a California Limited Liability Company<br><br>Defendant. | Case No. SACV12-2037 CJC (ANx)<br><br>**JOINT STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>Judge:  Cormac J. Carney |

Pursuant to Local Rule 7-1, Plaintiff Multiprint Tex Manufacturing LTD. ("Multiprint") and Defendant and Counter-claimant Affliction Holdings LLC ("Affliction") hereby stipulate as follows:

WHEREAS, on May 7, 2013, the Court issued a Scheduling Order in this case (Dkt. No. 19);

Case No. SACV12-2037 CJC (ANz)

WHEREAS, on October 28, 2013, the Court granted Affliction's request to substitute new counsel into this case (Dkt. No. 22);

WHEREAS, the parties have been engaged in discovery and have also commenced informal discussions to assess and possibly resolve their dispute, but have not reached an agreement yet;

WHEREAS, the parties agree that an extension of the dates set in the Scheduling Order would allow the parties to focus on and continue the ongoing discussions to determine if resolution may be possible;

WHEREAS, the parties seek additional time to engage in further discussions to try and negotiate a resolution to this dispute, and to allow new counsel for Affliction time to familiarize itself with the record;

WHEREAS, the parties agree that the date set to conduct Settlement Proceedings shall not be affected by this stipulation;

**IT IS HEREBY STIPULATED** that

Subject to the Court's approval,

[1] All discovery, including discovery motions, shall be completed by June 6, 2014.  Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until August 11, 2014 to file and have heard all other motions, including motions to join or amend the pleadings.

[3] A pretrial conference will be held on Monday, September 8, 2014 at 03:00 PM . Full compliance with Local Rule 16 is required.

[4] The case is set for a jury trial, September 16, 2014 at 09:00 AM.

-1-

Case No. SACV12-2037 CJC (ANz)

[5] The parties are referred to ADR Procedure No. 2 − Court Mediation Panel.  The parties shall have until April 15, 2014 to conduct settlement proceedings.

RESPECTFULLY SUBMITTED BY:

DATED: December 24, 2013

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Andrew Grossman

Andrew B. Grossman
Christopher T. Casamassima
Katie Moran

*Attorneys for Plaintiff*
MULTIPRINT TEX MANUFACTURING LTD.

DATED:  December 24, 2013   LERMAN POINTER & SPITZ LLP

By:   /s/ Jeffrey Spitz
Jeffrey Spitz
Glenn E.Lerman

*Attorneys for Defendant*
Affliction Holdings LLC