# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MULTIPRINT TEX MANUFACTURING LTD.**, a Canadian Limited Company<br><br>Plaintiff,<br><br>vs.<br><br>**AFFLICTION HOLDINGS LLC**, a California Limited Liability Company<br><br>Defendant. | Case No. SACV12-2037 CJC (ANx)<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>Judge: Cormac J. Carney |

Pursuant to Local Rule 7-1, Plaintiff Multiprint Tex Manufacturing LTD. ("Multiprint") and Defendant Affliction Holdings LLC ("Affliction") have stipulated as follows:

WHEREAS, on May 7, 2013, the Court issued a Scheduling Order in this case (Dkt. No. 19);

WHEREAS, on October 28, 2013, the Court granted Affliction's request to substitute new counsel into this case (Dkt. No. 22);

WHEREAS, the parties have been engaged in discovery and have also commenced informal discussions to assess and

possibly resolve their dispute, but have not reached an agreement yet;

WHEREAS, the parties agree that an extension of the dates set in the Scheduling Order would allow the parties to focus on and continue the ongoing discussions to determine if resolution may be possible;

WHEREAS, the parties seek additional time to engage in further discussions to try and negotiate a resolution to this dispute, and to allow new counsel for Affliction time to familiarize itself with the record;

WHEREAS, the parties agree that the date set to conduct Settlement Proceedings shall not be affected by this stipulation;

**IT IS HEREBY STIPULATED** that

Subject to the Court's approval,

[1] All discovery, including discovery motions, shall be completed by June 6, 2014. Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until August 11, 2014 to file and have heard all other motions, including motions to join or amend the pleadings.

[3] A pretrial conference will be held on Monday, September 8, 2014 at 03:00 PM. Full compliance with Local Rule 16 is required.

[4] The case is set for a jury trial, September 16, 2014 at 09:00 AM.

[5] The parties are referred to ADR Procedure No. 2 − Court Mediation Panel. The parties shall have until April 15, 2014 to conduct settlement proceedings.

-2-

Case No. SACV12-2037 CJC (ANz)

# ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that:

[1] All discovery, including discovery motions, shall be completed by June 6, 2014.  Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until August 11, 2014 to file and have heard all other motions, including motions to join or amend the pleadings.

[3] A pretrial conference will be held on Monday, September 8, 2014 at 03:00 PM.  Full compliance with Local Rule 16 is required.

[4] The case is set for a jury trial, September 16, 2014 at 09:00 AM.

[5] The parties are referred to ADR Procedure No. 2 − Court Mediation Panel.  The parties shall have until April 15, 2014 to conduct settlement proceedings.

Dated: _____     _____

Hon. Cormac J. Carney
United States District Judge